## STATEMENT OF FACTS

On or about March 31, 2014, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, Gun Recovery Unit executed a search warrant at defendant Andre Holland's residence located at 1824 Savannah Street, SE, #202, Washington, D.C. Officers conducted a search of the one bedroom apartment and in the kitchen area they recovered approximately 61 grams of crack cocaine, approximately 15 grams of heroin, a 1oz. vial of an amber liquid emanating a smell consistent with PCP, two digital scales, numerous empty zip-lock baggies, and other drug paraphernalia used for packaging narcotics. Also, recovered within the living room area were approximately 112 grams of cocaine powder and a loaded handgun. Officers recovered another loaded handgun and two boxes of ammunition from the hallway closet. Mail matter and identification cards in the name of the defendant for that address were recovered throughout the residence. The defendant was placed under arrest. A portion of the cocaine powder and the crack cocaine field tested positive for cocaine. A portion of the heroin field tested positive for opiates. The approximate weight of the narcotics recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER THOMAS SHEEHAN
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2014.

_____
U.S. MAGISTRATE JUDGE